**MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MARK F. DURFEE,** | : |
| | : **CIVIL ACTION NO.:** |
| Plaintiff, | : **2:08-cv-02977 (KSH/PS)** |
| | : |
| vs. | : |
| | : |
| EQUINOX CAPITAL III, L.P., EQUINOX CAPITAL SBIC, L.P., EQUINOX PARTNERS III, LLC, EQUINOX SBIC PARTNERS, LLC, EQUINOX CAPITAL, INC., EQUINOX SMU MANAGEMENT, LLC, EQUINOX SMU PARTNERS, LLC, SMU HOLDINGS, INC, SMU ACQUISITION CORP., EQUINOX EIC MANAGEMENT LLC, EQUINOX EIC PARTNERS, LLC, EIC ACQUISITION CORP., EIC HOLDING, INC., EIC SMU ACQUISITION CORP. and STEVEN C. RODGER, | : **COMPLAINT AND JURY DEMAND** : : **Document Electronically Filed** : : : : : : **NOTICE OF APPEARANCE** : : : |
| Defendants. | : |

    Scott S. Flynn, Esq., of the law firm McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby enters an appearance in this matter on behalf of Plaintiff Mark F. Durfee.

Date:  June 20, 2008        By: /s/ Scott S. Flynn
                                    Scott S. Flynn, Esq.
                                    McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                    1300 Mount Kemble Ave.
                                    P.O. Box 2075
                                    Morristown, New Jersey 07962-2075
                                    Tel: (973) 993-8100
                                    Fax: (973) 425-0161
                                    Email: sflynn@mdmc-law.com

                                    Attorneys for Plaintiff,
                                    Mark F. Durfee