**McELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **MARK F. DURFEE,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.:** |
| | : | **2:08-cv-02977 (KSH/PS)** |
| | : | |
| **vs.** | : | |
| | : | |
| **EQUINOX CAPITAL III, L.P., EQUINOX CAPITAL SBIC, L.P., EQUINOX PARTNERS III, LLC, EQUINOX SBIC PARTNERS, LLC, EQUINOX CAPITAL, INC., EQUINOX SMU MANAGEMENT, LLC, EQUINOX SMU PARTNERS, LLC, SMU HOLDINGS, INC, SMU ACQUISITION CORP., EQUINOX EIC MANAGEMENT LLC, EQUINOX EIC PARTNERS, LLC, EIC ACQUISITION CORP., EIC HOLDING, INC., EIC SMU ACQUISITION CORP. and STEVEN C. RODGER,** | : : : : : : : : : : : : : : : : | <u>**Document Electronically Filed**</u> |
| | : | |
| **Defendants.** | : | |

## CIVIL ACTION –  VOLUNTARY STIPULATION OF DISMISSAL

The undersigned attorneys for Plaintiff Mark F. Durfee hereby voluntarily stipulate and agree to the dismissal of this civil action in accordance with Fed. R. Civ. P. 41(a)(1).

**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
Attorneys for Plaintiff Mark F. Durfee

Date:  August 22, 2008                    By:  /s/ Thomas P. Scrivo_____
                                          Thomas P. Scrivo, Esq.
                                          Scott S. Flynn, Esq.
                                          McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                          1300 Mount Kemble Ave.
                                          P.O. Box 2075
                                          Morristown, New Jersey 07962-2075
                                          Tel: (973) 993-8100
                                          Fax: (973) 425-0161
                                          Email: tscrivo@mdmc-law.com
                                          Email: sflynn@mdmc-law.com

1130762-1                                    2